IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BEN F.W. DAMON Jr.,
CECELIA DAMON, and
NAVAJO SANITATION, INC.,

        Plaintiffs,

  vs.                                               No. CIV 09-886 JCH/LFG

NEWBERRY & ASSOCIATES, LTD.,
DONALD W. NEWBERRY, and
D. BRETT NEWBERRY,

        Defendants.

## MINUTE ORDER EXTENDING DISPOSITIVE MOTION DEADLINE

THIS MATTER came before the Court on Defendants' Emergency Motion to Extend Dispositive Motion Deadline [Doc. 38].

Defendants having shown good cause therefor, and the Motion being unopposed by Plaintiffs,

IT IS THEREFORE ORDERED that the Emergency Motion [Doc. 38] is granted, and the deadline for the filing of dispositive motions is extended to September 10, 2010. All other case management deadlines remain as previously established.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge